UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES SCHREIBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1800 CDP |
| ) | |
| COACHMEN RECREATIONAL VEHICLE, ) | |
| COMPANY, LLC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since defendant **Coachmen Recreational Vehicle Company, LLC** agreed to file its answer within 40 days of February 2, 2010 [Doc. #10].

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 22nd day of March, 2010.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE